# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2006

132422 & (22)(23)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

RYAN SINGER,
      Plaintiff-Appellee,

v

MICHAEL FREEDLAND, M.D., MICHAEL
FREEDLAND, M.D., P.C., and VISAGE
SPA, L.L.C.,
      Defendants-Appellants.

_____/

SC: 132422
COA: 273011
Oakland CC: 05-066031-NH

      On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the November 1, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should now be reviewed by this Court. The motion to stay the trial court proceedings is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2006

d1121

_____
Clerk